ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **CASE NO. 3:23-mj-70961 MAG** |
| | ) |
|     Plaintiff, | ) **DETENTION ORDER** |
| | ) |
|   v. | ) |
| | ) |
| AKAL CALVERT-DAMU ALLEN, SR., | ) |
| | ) |
|     Defendant. | ) |

On June 27, 2023, the defendant, Akal Calvert-Damu Allen, Sr., made an initial appearance on the complaint charged in the above-captioned case. The government moved for the defendant's pre-trial detention and filed a detention memo.

On June 29, 2023, the Court held a detention hearing. The defendant was present and represented by Assistant Federal Defender David Rizk. Assistant United States Attorney Michael G. Lagrama appeared for the government.

Upon consideration of the record and the arguments presented at the hearing, the Court finds that the government has met its burden of proving by clear and convincing evidence that the defendant's continued detention is warranted because no condition or combination of conditions will reasonably assure the safety of the community. Accordingly, the defendant must be detained pending resolution in this matter. This finding is made without prejudice to the defendant's right to seek review of his

1  detention or to file a motion for reconsideration if circumstances warrant it.

2        Pursuant to 18 U.S.C. § 3142(i), the Court issues the following findings and orders:

3        1.     The defendant constitutes a danger to public safety because of his extensive criminal

4  record and escalating assaultive conduct that is often directed against women.

5        2.     The defendant shall be, and hereby is, committed to the custody of the Attorney General

6  for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or

7  serving sentences or being held in custody pending appeal;

8        3.     The defendant shall be afforded reasonable opportunity for private consultation with his

9  defense counsel; and

10        4.     On order of a court of the United States or on request of an attorney for the government,

11  the person in charge of the corrections facility in which the defendant is confined shall deliver the

12  defendant to an authorized United States Marshal for the purpose of any appearance in connection with a

13  court proceeding.

14        IT IS SO ORDERED.

15

16  DATED: June 30, 2023

17  HONORABLE SALLIE KIM
United States Magistrate Judge